U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 1 8 2006

ROBERT H. SHEMWELL, CLERK
BY _____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| ANTONIO VELAZQUEZ, ET AL. | CIVIL ACTION NO. 06-0174 |
| VERSUS | JUDGE DONALD E. WALTER |
| LAND COAST INSULATION, INC. | MAGISTRATE JUDGE METHVIN |

## O R D E R

Before this Court is a Motion for Judgment on the Pleadings Under Federal Rule of Civil Procedure 12(c) [Doc. #10] filed on behalf of defendant, Land Coast Insualtion, Inc.

Finding that defendant is not entitled to judgment as a matter of law, **IT IS ORDERED** that defendant's Motion for Judgment on the Pleadings [Doc. #10] be and is hereby **DENIED**.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 18th day of September, 2006.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE